UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BRIAN E. SCALF,  )
    Plaintiff,  )
  )
v.  ) No. 3:08-CV-316
  ) (Phillips/Guyton)
MICHAEL J. ASTRUE,  )
COMMISSIONER OF SOCIAL SECURITY,  )
    Defendant.  )

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the objections to the report and recommendation of the magistrate judge filed by plaintiff [Doc. 20] are hereby **OVERRULED.** The report and recommendation [Doc. 19] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the plaintiff's motion for summary judgment [Doc. 10] is **DENIED;** the defendant Commissioner's motion for summary judgment [Doc. 17] is **GRANTED;** the defendant Commissioner's decision in this case denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED;** and this case is **DISMISSED.**

**IT IS SO ORDERED.**

**ENTER:**

<u>      s/ Thomas W. Phillips      </u>
United States District Judge